QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Loren Kieve (Bar No. 56280)
  lorenkieve@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
  tomwallerstein@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
  William H. Rooney
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000

Attorneys for Mueller Industries, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HADDON HEATING AND COOLING, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; OUTOKUMPU COPPER (U.S.A.), INC.; OUTOKUMPU COPPER FRANKLIN, INC.; OUTOKUMPU HEATCRAFT U.S.A., LLC; MUELLER INDUSTRIES, INC.; MUELLER EUROPE, LTD.; WIELAND WERKE AG; KM EUROPA METAL AG; TREFIMETAUX SA; EUROPA METALLI SpA.; and DOES 1-100,<br><br>Defendants. | CASE NO. C-06-4126<br><br>STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT<br>  AND ORDER<br><br>Assigned to:  Hon. Martin J. Jenkins<br><br>Trial Date:   none set |

WHEREAS, Mueller Industries, Inc. is a defendant in the above-captioned matter; and

WHEREAS, Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; and Outokumpu Heatcraft U.S.A., LLC (collectively, "Outokumpu") are defendants in the above-captioned matter; and

WHEREAS, the first Case Management Conference in this matter is presently scheduled for October 3, 2006; and

WHEREAS, plaintiffs are considering consolidation of this action with related actions currently pending in other jurisdictions; and

WHEREAS plaintiffs and defendants Mueller Industries, Inc. and Outokumpu seek to avoid unnecessarily expending the resources of the parties and the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for Mueller Industries, Inc. and Outokumpu that Mueller Industries, Inc. and Outokumpu shall have until September 27, 2006, to serve an answer or other response to the Complaint.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an appearance and will not in any way be considered an acceptance of jurisdiction or waiver of service and that Mueller Industries, Inc. and Outokumpu reserve all of their rights to contest or object to personal jurisdiction in this matter and reserve all other defenses under Rule 12 of the Federal Rules of Civil Procedure.

DATED: July 26, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Loren Kieve
Thomas E. Wallerstein
Attorneys for Mueller Industries, Inc.

DATED: July 28, 2006

WILMER CUTLER PICKERING HALE AND DORR LLP

By /s/ Elizabeth Rogers / TEW with permission
Elizabeth I. Rogers
(Cal Bar No. 226234)
1117 S California Avenue
Palo Alto, CA 94304

Eric J. Mahr
Michelle D. Miller
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

Attorneys for Outokumpu Oy; Outokumpu Copper Products Oyj; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; and Outokumpu Heatcraft U.S.A., LLC

DATED: July 28, 2006

TRUMP, ALIOTO, TRUMP & PRESCOTT

By /s/ Mario Alioto / TEW with permission
Mario N. Alioto
Lauren C. Russell
Attorneys for plaintiff Haddon Heating and Cooling

8/3/2006

IT IS SO ORDERED
/s/ Martin J. Jenkins
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I, Cheryl Morones, declare under penalty of perjury under the laws of The State of California that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

I caused to be served the following document(s):

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

I caused the above document(s) to be served on each person on the attached list by the following means:

[M] I enclosed true and correct copies of said document(s) in an envelope and placed it for collection and mailing with the United States Post Office on **July 28, 2006**, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on July 28, 2006, at Redwood Shores, California.

CHERYL MORONES

50867/1928146

# SERVICE LIST

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

| | |
|---|---|
| [M]<br>Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123 | Attorneys for plaintiff Haddon Heating and Cooling |
| [M]<br>David Goldstein<br>HELLER EHRMAN WHITE & MCAULIFFE<br>33 Bush Street<br>San Francisco, CA 94104-2878 | Attorneys for Wieland Werke AG |
| [M]<br>William S. Farmer<br>COLLETTE ERICKSON FARMER & O'NEILL LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104 | Attorneys for Trefimetaux SA; Europa Metalli SpA |
| [M]<br>Eric J. Mahr<br>Michelle D. Miller<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006 | Attorneys for Outokumpu Oy; Outokumpu Copper Products Oyj; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; and Outokumpu Heatcraft U.S.A., LLC |