# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HADDON HEATING AND COOLING, on behalf of itself and all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; OUTOKUMPU COPPER (U.S.A.), INC.; OUTOKUMPU COPPER FRANKLIN, INC.; OUTOKUMPU HEATCRAFT USA, LLC; MUELLER INDUSTRIES, INC.; MUELLER EUROPE, LTD.; WIELAND WERKE AG; KM EUROPA METAL AG; TREFIMETAUX SA; EUROPA METALLI SpA.; and DOES 1-100, ) ) ) ) Defendants ) | Case No. C-06-cv-04126-MJJ<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

AND NOW, upon consideration of the parties' Stipulation to Continue Initial Case Management Conference, PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Initial Case Management Conference is continued 30 days to November 21, 2006. The Court will provide a new Case Management Schedule.

BY THE COURT:

9/14/2006

_____

**6**
**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**