1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Loren Kieve (Bar No. 56280)
2  lorenkieve@quinnemanuel.com
   Thomas E. Wallerstein (Bar No. 232086)
3  tomwallerstein@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone:   (415) 875-6600
5  Facsimile:    (415) 875-6700

6  Of Counsel:

7  WILLKIE FARR & GALLAGHER LLP
   William H. Rooney
8  787 Seventh Avenue
   New York, New York 10019
9  Telephone: (212) 728-8000

10 Attorneys for Mueller Industries, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

| | |
|---|---|
| HADDON HEATING AND COOLING, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; OUTOKUMPU COPPER (U.S.A.), INC.; OUTOKUMPU COPPER FRANKLIN, INC.; OUTOKUMPU HEATCRAFT U.S.A., LLC; MUELLER INDUSTRIES, INC.; MUELLER EUROPE, LTD.; WIELAND WERKE AG; KM EUROPA METAL AG; TREFIMETAUX SA; EUROPA METALLI SpA.; and DOES 1-100,<br><br>Defendants. | CASE NO. C-06-4126<br><br>STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND ORDER<br>Assigned to: Hon. Martin J. Jenkins<br><br>Trial Date:    none set |

WHEREAS, Mueller Industries, Inc. is a defendant in the above-captioned matter; and

---

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

1     WHEREAS, Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; and Outokumpu Heatcraft U.S.A., LLC (collectively, "Outokumpu") are defendants in the above-captioned matter; and

    WHEREAS, plaintiffs are considering consolidation of this action with related actions currently pending in other jurisdictions; and

    WHEREAS plaintiffs and defendants Mueller Industries, Inc. and Outokumpu seek to avoid unnecessarily expending the resources of the parties and the Court;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for Mueller Industries, Inc. and Outokumpu that Mueller Industries, Inc. and Outokumpu shall have until November 30, 2006, to serve an answer or other response to the Complaint.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an appearance and will not in any way be considered an acceptance of jurisdiction or waiver of service and that Mueller Industries, Inc. and Outokumpu reserve all of their rights to contest or object to personal jurisdiction in this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules of Civil Procedure.

DATED: September 19, 2006     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Loren Kieve
    Loren Kieve
    Thomas E. Wallerstein
    Attorneys for Mueller Industries, Inc.

| | | |
|---|---|---|
| 1 | DATED: September 19, 2006 | WILMER CUTLER PICKERING HALE AND DORR |
| 2 | | |
| 3 | | By /s/ Elizabeth Rogers, by TEM, w/ permission |
| | | Elizabeth I. Rogers |
| 4 | | (Cal Bar No. 226234) |
| | | 1117 S. California Avenue |
| 5 | | Palo Alto, CA 94304 |
| 6 | | Eric J. Mahr |
| | | Michelle D. Miller |
| 7 | | 1875 Pennsylvania Avenue, NW |
| | | Washington, D.C. 20006 |
| 8 | | Attorneys for Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; and Outokumpu Heatcraft U.S.A., LLC |
| 9 | | |
| 10 | | |
| 11 | DATED: September 19, 2006 | TRUMP, ALIOTO, TRUMP & PRESCOTT |
| 12 | | |
| 13 | | By /s/ Lauren Russell, by TEM w/ permission |
| | | Mario N. Alioto |
| 14 | | Lauren C. Russell |
| | | Attorneys for plaintiff Haddon Heating and Cooling |
| 15 | | |

IT IS SO ORDERED
Judge Martin J. Jenkins
9/25/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT