MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

JOSEPH M. PATANE (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADDON HEATING AND COOLING, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; OUTOKUMPU COPPER (U.S.A.), INC.; OUTOKUMPU COPPER FRANKLIN, INC.; OUTOKUMPU HEATCRAFT USA, LLC; MUELLER INDUSTRIES, INC.; MUELLER EUROPE, LTD.; WIELAND WERKE AG; KM EUROPA METAL AG; TREFIMETAUX SA; EUROPA METALLI SpA.; and DOES 1-100,<br><br>Defendants | Case No. C-06-cv-04126-MJJ<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>No hearing date requested<br><br>Hon. Martin J. Jenkins<br>Courtroom 11, 19th Floor |

1  Upon motion of plaintiff Haddon Heating and Cooling, and for good cause shown, IT IS
2  HEREBY ORDERED that the above-captioned action is dismissed without prejudice as to
3  defendants Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.),
4  Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; Mueller Industries,
5  Inc.; Mueller Europe, Ltd.; Wieland Werke AG; KM Europa Metal AG; Tréfimétaux SA; and
6  Europa Metalli SpA.

Dated: 11/6/2006

Hon. Martin J. Jenkins
United States District Court Judge

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE